# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Wesley Jasinski, et al.

                        Plaintiff,

v.                                      Case No.: 1:11−cv−03581
                                      Honorable Elaine E. Bucklo

Glencoe Department of Public Safety, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 2, 2011:

     MINUTE entry before Honorable Elaine E. Bucklo:I grant Officers Perley and Weiner's motion to dismiss claims against them for unlawful arrest under § 1983 and for intentional infliction of emotional distress under state law. However, I deny Officers Perley and Weiner's motion to dismiss claims against them for excessive force under § 1983 and for false arrest under state law. Ruling set for 12/16/11 is now vacated. Status hearing set for 12/7/2011 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.